IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:17–CR-30050-NJR |
| CASEY A. KOEPKE, | ) |
| Defendant. | ) |

# PRELIMINARY ORDER OF FORFEITURE

**ROSENSTENGEL, District Judge:**

In the Indictment filed in this case on March 22, 2017, the United States sought forfeiture of property of defendant, Casey A. Koepke, pursuant to 18 U.S.C. § 2253. The Court, upon consideration of guilty plea in this matter, hereby finds that the following property is forfeitable and orders forfeited the following property:

a. An HP laptop computer, serial number SCD5373FS5,
b. An HTC Verizon cell phone, serial number HT49PSK05156,
c. An LG cell phone, serial number 911KPQJ0435060,
d. A Duracell 8GB flash drive, and
e. Miscellaneous CDs and DVDs seized from the presence of Casey Koepke.

The United States shall provide notice of the forfeiture and the right of persons other than Defendant who have any claim or legal interest in any of the property to file a petition with the Court. The notice shall be provided in a manner consistent with Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The notice shall state that the petition shall be set for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property, and any additional facts supporting the petitioner's claim and the relief sought.

The United States shall, also to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order for Forfeiture, as the substitute for the published notice to those persons so notified.

Upon the filing a petition alleging the third-party interests in the property, the court may amend this order to resolve the claimed third-party interests.

The United States Marshal or the property custodian for the Federal Bureau of Investigation shall seize and reduce to her possession, if she has not already done so, the property described above.

This Order, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, shall become final with respect to Defendant Casey A. Koepke at the time of Defendant's sentencing, regardless of whether or not the rights of actual or potential third-party petitioners have been determined by that time. This Order shall be made part of the sentence of Defendant Casey A. Koepke and shall be included in the Judgment imposed against him. Although this Order shall be a final order with respect to Defendant at the time of sentencing, this Order may be amended later with respect to

petitions filed by third-parties claiming an interest in the subject-matter forfeited property.

The United States may abandon forfeiture of the property by filing notice of the abandonment with the Court.

**IT IS SO ORDERED.**

**DATED:   September 13, 2017**

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**